IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| ALLEN WOLFSON,<br><br>Plaintiff,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION and UNITED STATES OF AMERICA,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:09-CV-223<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul Warner on April 13, 2010, recommending that Plaintiff's case be dismissed. The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it.[1] Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and DISMISSES Plaintiff's case.

IT IS SO ORDERED.

Dated this 14th day of May, 2010.

BY THE COURT

Dee Benson, Judge
United States District Court

---

[1] Notice of the Report and Recommendation was delivered via mail to the Plaintiff at his address of record and returned undeliverable. The court finds that service at his address of record gave the Plaintiff adequate notice. Plaintiff has not provided the court with any updated address.